UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION                                                                           MDL No. 2326


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO−9)**


On February 7, 2012, the Panel transferred 21 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 58 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.


Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 12, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON

APR 1 2 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By _____ Deputy

IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION                                                                MDL No. 2326

## SCHEDULE CTO−9 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARKANSAS WESTERN** | | | |
| ARW | 5 | 12−05053 | Allen et al v. Boston Scientific Corporation |
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 12−00435 | Lay v. Boston Scientific Corporation |
| **FLORIDA MIDDLE** | | | |
| FLM | 2 | 12−00168 | Bayer et al v. Boston Scientific Corporation |
| FLM | 8 | 12−00645 | Gordon et al v. Boston Scientific Corporation |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 12−00985 | Owens et al v. Boston Scientific Corporation |
| GAN | 1 | 12−01000 | Boling et al v. Boston Scientific Corporation et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 12−02221 | Copeland v. Boston Scientific Corporation |
| ILN | 1 | 12−02256 | West v. Boston Scientific Corporation |
| **MARYLAND** | | | |
| MD | 1 | 12−00895 | Carranza v. Boston Scientific Corporation |
| MD | 1 | 12−00896 | Terry et al v. Boston Scientific Corporation |
| MD | 1 | 12−00917 | Mosher v. Boston Scientific Corporation et al |
| MD | 1 | 12−00942 | Hooks et al v. Boston Scientific Corporation et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 12−10564 | Greenhalgh v. Boston Scientific Corporation |
| **MISSOURI WESTERN** | | | |

| | | | |
|---|---|---|---|
| MOW | 4 | 12−00373 | Howard v. Boston Scientific Corporation et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 12−00241 | Shadley v. Boston Scientific Corporation |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 12−01482 | CROSSAN v. BOSTON SCIENTIFIC CORPORATION |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 12−00850 | Bell et al v. Boston Scientific Corporation |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 12−00904 | Singleton−Hough v. Boston Scientific d/b/a Mansfield Scientific, Inc. and Microvasive, Inc. |
| TXS | 4 | 12−00925 | Stebel v. Boston Scientific Corporation (d/b/a Mansfield Scientific, Inc. &Microvasive, Inc. et al |
| TXS | 4 | 12−00926 | Fearrington v. Boston Scientific Corporation (d/b/a Mansfield Scientific, Inc. &Microvasive, Inc. |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 12−00278 | Dugdale et al v. Boston Scientific Corporation et al |